UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL MEGGINSON,

                                               Index No.: 7:19-cv-07583
                     Plaintiff,        Hon. Kenneth M. Karas

    -against-

                                         **~~PROPOSED~~ ORDER**

SGT. SOTO, C.O. P. DELOVIC,
C.O. JASMIN, C.O. AMARO,
C.O. BERRIOUS,

                        Defendants.
-----------------------------------------------------------------X

Having considered Defendants' letter motion (ECF No. 34, 10/25/2021) to compel documentary discovery and to compel the appearance of Plaintiff Michael Megginson for a deposition pursuant to Fed. R. Civ. P. Rule 30(a)(l) ("a party may, by oral questions, depose any person, including a party.") Pursuant to Fed. R. Civ. P. 37(a), Defendants' motion to compel discovery with the supporting declaration it is hereby granted, and it is hereby ORDERED that:

Plaintiff MICHAEL MEGGINSON by November 17, 2021 must:

1.    Produce requested discovery materials including an OMH HIPAA to release the records pertaining to the incident and alleged damages in this case.

2.    Respond to Defendants' Demand for the Production of Documents

3.    Appear for a deposition to be taken by stenographic means by November 17, 2021.

Let service of a copy of this Order, together with the papers upon which it was granted, be made on or before __11/8/21_____ upon Plaintiff via Mail be deemed good . and sufficient service.

Megginson v. Soto 19-cv-07583 (KMK)

SO ORDERED:

Dated: ___November 2_____, 2021
   White Plains, NY

Hon. Kenneth M. Karas, U.S.D.J

Megginson v. Soto 19-cv-07583 (KMK)